# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 15-52762-PWB | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | DIALLO, MAHMOUD KARIM | Date Filed (f) or Converted (c): | 02/12/2015 (f) |
| | | § 341(a) Meeting Date: | 03/24/2015 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 11/27/2017 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 4469 Hazeltine Drive, Atlanta GA<br>Notice of abandonment filed on 8/25/17, Dkt # 51. | 144,600.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account with Chase | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Savings Account with Chase | 9.00 | 0.00 | | 0.00 | FA |
| 5 | 5 brs, lr, dr, 4 tvs, 1 dvd, vcr, surround sound | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7 | 2005 Nissan Altima<br>Notice of abandonment filed on 8/25/17, Dkt # 51. | 5,725.00 | 0.00 | OA | 0.00 | FA |
| 8 | Judgment against Genesis Express, Inc. et al (u)<br>plus interest. Potentially subject to attorney lien. | 98,105.00 | 98,105.00 | | 0.00 | 98,105.00 |
| 8 | Assets    Totals    (Excluding unknown values) | **$253,759.00** | **$98,105.00** | | **$0.00** | **$98,105.00** |

**Major Activities Affecting Case Closing:**

Case was originally filed in year 2015 and closed on 7/13/15. Trustee was contacted regarding an undisclosed judgment. The case was reopened on 7/27/17 and Trustee was reappointed. Trustee has been in touch with attorney pursuing claim on behalf of debtor and with the judgment debtor in hopes of resolving the matter. Based on the settlement offer of the judgment debtor, the amount of the judgment ($98k), attorney lien ($75k) against the judgment, location of the judgment in Texas and the necessity to hire substitute counsel to collect, the Trustee does not anticipate a meaningful distribution to unsecured creditors. The Trustee filed his NDR on 7/23/19.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2019 | **Current Projected Date Of Final Report (TFR):** | 12/31/2019 |
|---|---|---|---|

07/29/2019
Date

/s/S. Gregory Hays
S. Gregory Hays