UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15-52762-PWB |
| MAHMOUD KARIM DIALLO, | CHAPTER 7 |
| Debtor. | |

## MOTION TO REOPEN CHAPTER 7 CASE

**COMES NOW** Mahmoud Karim Diallo, Debtor in the above-styled Chapter 7 case, and through counsel files this *Motion to Reopen Chapter 7 Case*, showing to this Honorable Court the following:

1.

This motion is brought pursuant to 11U.S.C. Section 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure.

2.

The above-styled Chapter 7 case was filed February 12, 2015. The case was closed and Debtor received the discharge October 17, 2019.

3.

North Mill Credit Trust formally known as EFS Credit Trust ("North Mill") filed a Writ of Fieri Facias in the Superior Court of Fulton County, Georgia with a Judgment date of March 27, 2014 and a Civil Action Number of 2013CV228293 with the Debtor and Debtor's prior business, Djallon Transportation LLC for the principal amount of $44,985.809. North Mill recently renewied its lien on June 5, 2021. The debt with North Mill was incurred prior to the filing of the Chapter 7 case however, Debtor was unaware of the lien filed by North Mill until 2021 when the Creditor renewed their lien. Debtor has been unsuccessfully attempting to have the lien removed with North Mill. Debtor needs to reopen the case so he can add North Mill on his Schedule D and file a motion to avoid lien. Debtor has paid the fees to reopen the case.

4.

Debtor requests that the Court re-open case so that a motion to avoid lien may be filed.

5.

Debtor shows that the relief requested falls within the purposes contemplated within 11 U.S.C. Section 350(b).

WHEREFORE, the Debtor requests that:

(a)  this Motion be filed, read and considered;

(b)  this Honorable Court grant this Motion and reopen the Chapter 7 Case;

(c)  this Honorable Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,
/s/_____

Clark & Washington, P.C.              Jessica Douglas GA Bar 340570
3300 Northeast Expwy Bldg 3           Attorney for Debtor
Atlanta, GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 15-52762-PWB |
| MAHMOUD KARIM DIALLO, | CHAPTER 7 |
| Debtor. | |

**NOTICE OF HEARING ON MOTION TO REOPEN CHAPTER 7 CASE**

**PLEASE TAKE NOTICE** that the above-referenced Debtor filed a *Motion to Reopen Chapter 7 Case*, seeking that the Court enter an order authorizing Debtor to reopen this case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the matter at the following number: **833-568-8864**; access code **161 794 3084** at **10:00AM**, on **June 15, 2023** in Courtroom **1401** of the United States Bankruptcy Court, 75 Ted Turner Drive, SW, Atlanta, GA, 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA, 30303. You must also mail a copy of your response to the undersigned at the address stated below.

|  |  |
|---|---|
| Clark & Washington, P.C.<br>3300 Northeast Expwy Bldg 3<br>Atlanta, GA 30341<br>Phone:  404-522-2222<br>Fax:  770-220-0685<br>Email: ecfnotices@cw13.com | _/s/_____<br>Jessica Douglas GA Bar 340570<br>Attorney for Debtor |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I am over the age of 18 and that on this date I served a copy of the foregoing *Motion to Reopen Chapter 7 Case* and *Notice of Hearing on Motion to Reopen Chapter 7 Case* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Mahmoud Diallo
 4469 Hazeltine Drive
Atlanta, GA 30349

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

North Mill Credit Trust
fka EFS Credit Trust
Reg Agent: BNY Mellon Trust of Delware
301 Bellevue Parkway 3rd Floor
Wilmington DE 19809-0000

And, in the same manner, I served the parties listed in the attached matrix by mailing copies of the foregoing Motion and Notice to the addresses indicated therein.

Dated: 5/10/2023
/s/
Jessica Douglas GA Bar 340570
Attorney for Debtor

Clark & Washington, P.C.
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone:  404-522-2222
Fax:  770-220-0685
Email: ecfnotices@cw13.com

```
Label Matrix for local noticing          Arnall Golden Gregory, LLP              Atlanta Title Loans
113E-1                                   171 17th Street NW                      5349 Riverdale Rd
Case 15-52762-pwb                        Suite 2100                              Atlanta, GA 30349-5709
Northern District of Georgia             Atlanta, GA 30363-1031
Atlanta
Tue May  2 16:25:39 EDT 2023

Michael J. Bargar                        Calvary Portfolio Services              Capital 1 Bank
Arnall Golden Gregory, LLP               Attention:  Bankruptcy Department       Attn: General Correspondence
Suite 2100                               500 Summit Lake Dr. Suite 400           Po Box  30285
171 17th Street, N.W.                    Valhalla, NY 10595-2321                 Salt Lake City, UT 84130-0285
Atlanta, GA 30363-1031


Capital One Bank                         Capital One Bank (USA), N.A.            (p)JPMORGAN CHASE BANK  N A
c/o McCullough, Payne & Haan, LLC        PO Box 71083                            BANKRUPTCY MAIL INTAKE TEAM
271 17th St. NW Ste 2200                 Charlotte, NC  28272-1083               700 KANSAS LANE FLOOR 01
Atlanta, GA 30363-6213                                                           MONROE LA 71203-4774


Citibank/The Home Depot                  Citifinancial                           E. L. Clark
Citicorp Credit Srvs/Centralized Bankrup Legal Dept/Bankruptcy                   Clark & Washington, LLC
Po Box 790040                            PO Box 140609                           Bldg. 3
Saint Louis, MO 63179-0040               Irving, TX 75014-0609                   3300 Northeast Expwy.
                                                                                 Atlanta, GA 30341-3932


Dept Of Ed/sallie Ma                     Mahmoud Karim Diallo                    Enhanced Recovery Corp
Po Box 9635                              4469 Hazeltine Drive                    Attention: Client Services
Wilkes Barre, PA 18773-9635              Atlanta, GA 30349-3994                  8014 Bayberry Rd
                                                                                 Jacksonville, FL 32256-7412


GHFA Affordable Housing, Inc             S. Gregory Hays                         IRS
60 Executive Park South, NE              Hays Financial Consulting, LLC          401 W. Peachtree St., NW
Atlanta, Ga 30329-2229                   Suite 555                               Stop #334-D
                                         2964 Peachtree Road                     Room 400
                                         Atlanta, GA 30305-4909                  Atlanta, GA 30308


(p)MCCALLA RAYMER LEIBERT PIERCE  LLC    Brian K. Jordan                         Midland Funding
ATTN ATTN WENDY REISS                    Aldridge Pite, LLP                      8875 Aero Dr Ste 200
1544 OLD ALABAMA ROAD                    Suite 500 - Fifteen Piedmont Center     San Diego, CA 92123-2255
ROSWELL GA 30076-2102                    3575 Piedmont Road, NE
                                         Atlanta, GA 30305-1636


Navient Solutions, LLC. on behalf of     North Mill Equipment Finance            Office of the United States Trustee
Department of Education Loan Services    50 Washington Street                    362 Richard Russell Building
PO BOX 9635                              10th Floor                              75 Ted Turner Drive, SW
Wilkes-Barre, PA 18773-9635              Norwalk, CT 06854-2751                  Atlanta, GA 30303-3315


Onyx Acceptance Corp/Capital One Auto Fi T Mobile/T-Mobile USA Inc               T Mobile/T-Mobile USA Inc
Capital One Auto Finance                 by American InfoSource LP as agent      by American InfoSource LP as agent
3905 N. Dallas Pkwy                      4515 N Santa Fe Ave                     PO Box 248848
Plano, TX 75093-7892                     Oklahoma City OK 73118-7901             Oklahoma City, OK  73124-8848


R. Jeneane Treace                        U. S. Attorney                          Usaa Fsb
Assistant United States Trustee          600 Richard B. Russell Bldg.            10750 Mcdermott Fwy
362 Richard Russell Bldg.                75 Spring Street, SW                    San Antonio, TX 78288-1600
75 Ted Turner Drive, SW                  Atlanta,  GA 30303-3315
Atlanta, GA 30303-3315
```

Usaa Savings Bank
Po Box 47504
San Antonio, TX 78265

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Home Finance - Mtg
Legal Dept/Bankruptcy
3415 Vision Dr.
Dept G7-PP
Columbus, OH 43219-6009

A. Michelle Hart Ippoliti
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31